WM 17-353 PO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

LUIS UZHCA and MARIA SMITH,                         Docket No.: 17CV03850

                    Plaintiffs,

    -against-                                                   **NOTICE OF MOTION**

WAL-MART STORES, INC., SAM'S EAST, INC. and
INLAND-GREENBURGH DELAWARE BUSINESS
TRUST,

                    Defendants.
-----------------------------------------------------------------------X

COUNSELLORS:

       PLEASE TAKE NOTICE, that upon the annexed Affidavit of PATRICIA A. O'CONNOR, the annexed Statement of Material Facts on Motion, the annexed Memorandum of Law, and upon all pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Judge Nelson Stephen Román as soon as counsel can be heard for an Order of summary judgment dismissing plaintiffs' complaint against defendants, WAL-MART STORES, INC. and SAM'S EAST, INC., and for such other and further relief as to this Court may be just, proper and equitable. Oral argument will be held on a date and at a time designated by the Court.

Dated: Northport, New York
        September 3, 2019

                              Yours, etc.

                              BRODY, O'CONNOR & O'CONNOR, ESQS.
                              Attorneys for Defendants
                              WAL-MART STORES, INC. and SAM'S EAST, INC.

                              By: _____
                                  PATRICIA A. O'CONNOR
                                  7 Bayview Avenue
                                  Northport, New York 11768
                                  (631) 261-7778
                                  File No.: WM 17-358 PO

TO:   RASKIN & KREMINS, LLP
      Attorneys for Plaintiffs
      160 Broadway, 4th Floor
      New York, New York 10038
      (212) 587-3434