# AFFIDAVIT OF MAILING

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF SUFFOLK          )

DEBRA SANACORA, being duly sworn, deposes and says:

That your deponent is not a party to this action, is over 18 years of age and resides at Ronkonkoma, New York.

That on the 10th day of September, 2019, deponent served the within NOTICE OF MOTION, AFFIDAVIT, STATEMENT OF MATERIAL FACTS and DEFENDANT'S MEMORANDUM OF LAW

UPON:

RASKIN & KREMINS, LLP
Attorneys for Plaintiffs
160 Broadway, 4th Floor
New York, New York 10038
(212) 587-3434

The address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
DEBRA SANACORA

Sworn to before me this
10th day of September, 2019.

_____
NOTARY PUBLIC

KAREN A. CONVERSO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO4907647
Qualified in Suffolk County
My Commission Expires 10-13-2021