AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| LUIS UZHCA, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:17-cv-03850-NSR |
| WALMART STORES, INC., et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luis Uzhca and Maria Smith.

Date:   04/12/2021

*Robert J. Genis*
*Attorney's signature*

Robert J. Genis
*Printed name and bar number*

Sonin & Genis, LLC
One Fordham Plaza, Suite 907
Bronx, NY 10458

*Address*

bob.genis@soningenis.com
*E-mail address*

(718) 561-4444
*Telephone number*

(718) 561-5162
*FAX number*