**MEMO ENDORSED**

**SONIN & GENIS**
ATTORNEYS AND COUNSELORS AT LAW LLC
ONE FORDHAM PLAZA, SUITE 907
BRONX, NEW YORK 10458
TEL: 718.561.4444
FAX: 718.561.2162
WWW.SONINGENIS.COM

ROBERT J. GENIS*
SHERRI SONIN (1957-2017)
*ADMITTED IN NY, NJ & CT

AFFILIATED OFFICE
ROBERT J. GENIS
C/O PAUL BLEIFER, ESQ.
16 SKYLINE DRIVE, BOX 298
MONTVILLE, NJ 07045
T: 201.592.1115
F: 201.944.8630

October 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023

The Honorable Nelson S. Roman
United States District Judge
   Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:   Uzhca, et. al. v. Wal-Mart Stores, Inc., et. al.
      17-CV-03850-NSR

Dear Judge Roman:

The undersigned is trial counsel for the plaintiffs in the above captioned matter. I write to notify this Honorable Court of a violation of Rule 5.2 of the Federal Rules of Civil Procedure. Specifically, yesterday when Defendants filed their reply affirmation, annexing a copy of Dr. Radna's report (Docket Entry 200-1), they failed to redact Plaintiff's birthdate from the records filed.

Plaintiff respectfully requests either Docket Entry 200-1 be sealed or removed from the ECF system in order that Mr. Uzhca's personal information be safeguarded.

Thank you for your attention to this matter.

Respectfully submitted,

*Robert J. Genis*
Robert J. Genis
Cc:   Michael Kremins, Esq. (via ECF)
      Scott A. Brody, Esq. (via ECF)

The Court has reviewed ECF No. 200-1 and confirmed that the document contains personal identifiers. Pltfs' request to seal ECF No. 200-1 is GRANTED. The Court respectfully directs the Clerk of Court to place ECF No. 200-1 under seal, accessible only to the Court and the parties to the case. The Clerk of Court is also respectfully requested to terminate the motion at ECF NO. 202.

Dated: February 21, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE